IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:23cr267-MHT
                            )           (WO)
BERNARD A. DAVISON          )
```

ORDER

By agreement of the parties made on the record on November 21, 2023, it is ORDERED that the conditions of supervised release are modified to add these conditions:

(1) Defendant Bernard A. Davison shall participate in a mental-health treatment program approved by the United States Probation Office and contribute to the cost based on ability to pay and availability of third-party payments. The treatment should be as outlined by Dr. Carla Smith Stover in her evaluation (Doc. 20-1). The supervising probation officer shall provide a copy of Dr. Stover's recommendation to the treatment provider.

(2) Defendant Davison shall participate in a

vocational services program and follow the rules and regulations of the program. Such a program may include job readiness training and skills development training.

(3) Defendant Davison must not use or possess alcohol.

(4) Defendant Davison must not communicate, or otherwise interact, with Sharonda Hicks, either directly or through someone else, without first obtaining the permission of the Court or probation officer.

It is further ORDERED that the order entered on August 21, 2023 (Doc. 4), is vacated to the extent it treated the noncompliance summary report (Doc. 4-1) as a petition for revocation of supervised release.

DONE, this the 21st day of November, 2023.

                                       /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE